# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFELIA AGUILAR,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:17-cv-01292-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>ORDER VACATING DATES AND MATTERS<br><br>(ECF No. 12) |

Plaintiff Ofelia Aguilar filed this action on September 27, 2017, challenging the denial of Social Security benefits. On April 20, 2018, the parties filed a stipulation to dismiss this action with prejudice with each party to bear its own fees, costs, and expenses. (ECF No. 12.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorney fees.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a); and
2. All pending dates and matters are VACATED.

IT IS SO ORDERED.

Dated: __**April 23, 2018**__

UNITED STATES MAGISTRATE JUDGE

1